UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 13-35774-BKC-EPK

PSL LANDSCAPE SERVICES, INC.,             Chapter 7

    Debtor.
_____/

MARGARET J. SMITH, Chapter 7 Trustee,     Adv. Case No.

    Plaintiff,

vs.

RIZNICK CONSTRUCTION CORPORATION,
a Florida corporation,

    Defendant.
_____/

**COMPLAINT TO RECOVER PROPERTY OF THE ESTATE AND FOR
ACCOUNT STATED, UNJUST ENRICHMENT AND OPEN ACCOUNT**

    Margaret J. Smith, the duly appointed Chapter 7 Trustee of the above-captioned bankruptcy case (the "Trustee"), by undersigned counsel, brings this Complaint to Recover Property of the Estate and for Account Stated, Unjust Enrichment and Open Account against Riznick Construction Corporation, pursuant to 11 U.S.C. §§ 105, 542 and Fed. R. Bankr. P. 7001, and in support thereof alleges as follows:

**Jurisdiction and Venue**

    1.    This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 28, 2013 (the "Petition Date").

    2.    This is an action to recover property of the estate pursuant to 11 U.S.C. §§ 105 and 542 and for account stated, unjust enrichment and open account.

    3.    This is a core proceeding and this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157(b)(2)(A), (E) and (O) and 1334 and Fed. R. Bankr. P. 7001.

    4.    Venue is proper herein pursuant to 28 U.S.C. §§ 1408 and 1409(A).

## Parties

5. The Plaintiff and Chapter 7 Trustee, Margaret J. Smith, is the duly appointed and acting Chapter 7 trustee for the bankruptcy estate.

6. The Defendant, Riznick Construction Corporation (the "Defendant"), is a Florida corporation and is currently in possession of property of the estate that can be recovered pursuant to 11 U.S.C. § 542.

## General Allegations

7. Upon information and belief, the Defendant is a construction company, which provides a wide range of general contracting services to corporations, developers, private owners and institutions.

8. Pre-petition, the Debtor, PSL Landscape Services, Inc. (the "Debtor"), was a landscaping contractor that provided landscaping products and services to the Defendant.

9. The Defendant subcontracted the Debtor to provide certain landscaping products and services for a project named the "Colorado Avenue Business District Improvement" (the "Project"), as identified on the account statement attached hereto as Exhibit "A".

10. For each of the products supplied and services rendered in connection with the Project, the Debtor sent the Defendant an invoice.

11. For each of the products supplied and services rendered in connection with the Project, the Debtor also sent the Defendant a list of open invoices for which the Defendant has not provided payment.

12. Attached hereto as Exhibit "A" is a true and correct copy of a statement of open invoices (the "Invoices") from the Debtor to the Defendant for products delivered and/or services rendered, relating to the Project. After taking into account payments made, the outstanding balance owed to the Debtor as of the Petition Date was $18,129.84.

13. The Defendant is obligated to pay the Invoices referenced above, which total $18,129.84.

14. The Trustee has demanded payment of the Invoices from the Defendant; however, the Defendant has refused or otherwise failed to pay the Invoices.

15. Accordingly, the Defendant is indebted to the Trustee in the amount of $18,129.84, plus interest.

### Count I – Complaint for Turnover of Property of the Estate
### Pursuant to 11 U.S.C. § 542(a)

16. The Trustee realleges and reincorporates the allegations set forth in Paragraphs 1 through 15 as if fully set forth herein.

17. Defendant is in possession, control and custody of property of the bankruptcy estate, which the Trustee may use, sell or lease under 11 U.S.C. § 363, including but not limited to monies due pursuant to the Invoices.

WHEREFORE, the Trustee demands judgment pursuant to 11 U.S.C. § 542(a) against Defendant declaring that Defendant shall deliver to the Trustee, for the benefit of the above-captioned bankruptcy estate, any and all property of the bankruptcy estate in Defendant's possession, custody or control that the Trustee is entitled to use, sell or lease pursuant to 11 U.S.C. § 363, totaling at least $18,129.84, and for such other relief this Court deems just and equitable.

### Count II – Complaint for Turnover of Property of the Estate
### Pursuant to 11 U.S.C. § 542(b)

18. The Trustee realleges and reincorporates the allegations set forth in Paragraphs 1 through 15 as if fully set forth herein.

19. Defendant owes a debt that is property of the bankruptcy estate and that is mature, payable on demand or on order.

WHEREFORE, the Trustee respectfully requests that the Court find judgment in her favor on Count II of the Complaint; enter a judgment against the Defendant and in favor of the Trustee in the amount of at least $18,129.84 plus interest, as well as granting any other relief that the Court may deem just and proper.

### Count III – Account Stated

20. The Trustee realleges and reincorporates the allegations set forth in Paragraphs 1 through 15 as if fully set forth herein.

21. Before the initiation of the instant proceeding, the Debtor and the Defendant had business transactions between them, with regard to the Project, as referenced in the attached Exhibit "A".

22. The Debtor rendered the Invoices reflecting an outstanding balance.

23. The Defendant did not object to the invoiced amount(s) or present any evidence controverting the amount of the outstanding balance or the services rendered by the Debtor.

WHEREFORE, the Trustee respectfully requests that the Court find judgment in her favor on Count III of the Complaint; enter a judgment against the Defendant and in favor of the Trustee in the amount of at $18,129.84, plus interest, as well as granting any other relief that the Court may deem just and proper.

### Count IV – Unjust Enrichment

24. The Trustee realleges and reincorporates the allegations set forth in Paragraphs 1 through 15 as if fully set forth herein.

25. The Debtor provided landscaping products and/or services to the Defendant from at least November 20, 2012 through the Petition Date.

26. The Debtor conferred a benefit on Defendant by providing certain landscaping products and/or services requested by Defendant, who has knowledge thereof.

27. Defendant voluntarily accepted the benefits conferred.

28. The circumstances are such that it would be inequitable for Defendant to have enjoyed the benefit conferred without paying the value thereof, as indicated on the Invoices referenced in Exhibit "A", to Defendant.

29. Defendant has refused and failed to pay for such services.

WHEREFORE, the Trustee respectfully requests that the Court find judgment in her favor on Count IV of the Complaint; enter a judgment against the Defendant and in favor of the Trustee in the amount of at $18,129.84, plus interest, as well as granting any other relief that the Court may deem just and proper.

## Count V – Open Account

30. The Trustee realleges and reincorporates the allegations set forth in Paragraphs 1 through 15 as if fully set forth herein.

31. The Defendant owes the Trustee the sum of $18,129.84 that is due with interest since the petition date, according to the account that is reflected in the attached Exhibit "A".

WHEREFORE, the Trustee respectfully requests that the Court find judgment in her favor on Count V of the Complaint; enter a judgment against the Defendant and in favor of the Trustee in the amount of at least $18,129.84, plus interest, as well as granting any other relief that the Court may deem just and proper.

Dated: October 28, 2015

LEIDERMAN SHELOMITH, P.A.
Counsel for Margaret J. Smith
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zshelomith@lslawfirm.net

# Statement

PSL Landscape Services, Inc.
P.O. Box 14949
Fort Pierce, FL 34979-4949

| Date |
|---|
| 2/28/2014 |

**To:**
Ryan Johnson
Riznick Construction Corp
1270 SW 26th Avenue
Ft. Lauderdale, FL 33312

| Amount Due | Amount Enc. |
|---|---|
| $18,129.84 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2012 | Balance forward | | 163,624.17 |
| 01/09/2013 | COLORADO AVENUE BUSINESS DISTRICT IMPROVE-<br>INV #10642.<br>--- TREE PLANTER REPLACEMENT - DUE TO CAR ACCIDENT. TREE NEEDS TO BE REPLACED. CAR RAN OVER TREE, DAMAGED TREE AND CITY EMPLOYEE CUT DOWN TO BASE<br>---<br>--- Landscaping $150.00<br>--- Landscaping $450.00<br>--- Mulch $183.00<br>---<br>--- PER CITY ENGINEER REQUEST TO CHANGE FUNNY PIPE AND BUBBLERS<br>--- Irrigation $2,475.00 | 3,258.00 | 166,882.17 |
| 01/14/2013 | PMT #3193 MARSHALL. | -10,000.00 | 156,882.17 |
| 01/14/2013 | PMT #3192 MEDILLION. | -6,000.00 | 150,882.17 |
| 01/14/2013 | PMT #3191 GROUNDWORKS. | -13,000.00 | 137,882.17 |
| 01/14/2013 | PMT #3190 MELROSE. | -8,000.00 | 129,882.17 |
| 01/14/2013 | PMT #3189 ATLAS. | -2,000.00 | 127,882.17 |
| 01/14/2013 | PMT #3188 FIS. | -4,000.00 | 123,882.17 |
| 01/14/2013 | PMT #3187 JAMIE UNDER. | -11,000.00 | 112,882.17 |
| 01/14/2013 | PMT #3194. | -30,000.00 | 82,882.17 |
| 01/23/2013 | INV #10658.<br>--- PER REQUEST OF RYAN TO ALONG COLORADO ADDITIONAL SOD AND MULCH<br>---<br>--- Landscaping, 7 @ $34.00 = 238.00<br>--- Landscaping $500.00<br>--- Mulch, 45 @ $6.50 = 292.50<br>--- Landscaping $75.00 | 1,105.50 | 83,987.67 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 18,129.84 | $18,129.84 |

Exhibit "A"

# Statement

PSL Landscape Services, Inc.
P.O. Box 14949
Fort Pierce, FL 34979-4949

| Date |
|---|
| 2/28/2014 |

To:

Ryan Johnson
Riznick Construction Corp
1270 SW 26th Avenue
Ft. Lauderdale, FL 33312

| | Amount Due | Amount Enc. |
|---|---|---|
| | $18,129.84 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/31/2013 | INV #10662.<br>— PER PM REQUEST RYAN JOHNSON TO REPAIR ALL SIDE YARDS AND PROPERTIES THAT HAVE BEEN DAMAGED THRU CONSTRUCTION ON VARIOUS PROPERTIES. SUPPLY AND INSTALL BAHIA SOD, FLORATAM SOD AND VARIOUS MULCH. CHANGE ORDER FOR T & M BASIS<br>—<br>— RATE: $65.00 PER HOUR FOR LOADER/SKIDSTEER $34.50 PER MAN HOUR | 0.00 | 83,987.67 |
| 01/31/2013 | INV #10663.<br>— PER PM RYAN JOHNSON TO REGRADE ISLAND PER ENGINEER REQUEST<br>—<br>— RATE: $65.00 PER HOUR LOADER/SKIDSTEER $34.50 PER MAN HOUR | 0.00 | 83,987.67 |
| 02/05/2013 | INV #10664.<br>— EXTRA WORK PER RYAN JOHNSON TO REPAIR NEIGHBORING PROPERTIES ALONG COLORADO AND ALL SIDE STREETS DAMAGED DURING CONSTRUCTION<br>—<br>— Landscaping, 45 @ $35.00 = 1,575.00<br>— Landscaping, 9 @ $65.00 = 585.00<br>— Landscaping, 4 @ $75.00 = 300.00<br>— Mulch, 80 @ $6.50 = 520.00<br>— Landscaping, 1 @ $110 = 110.00<br>— Landscaping, 1 @ $200.00 = 200.00 | 3,290.00 | 87,277.67 |
| 02/06/2013 | INV #10665.<br>VOID:<br>— PER REQUEST OF MIKE HOUSTON WITH THE CITY TO SUPPLY AND INSTALL ANOTHER MEDJOOL PALM<br>—<br>—<br>— Landscaping $0.00 | 0.00 | 87,277.67 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 18,129.84 | $18,129.84 |

Exhibit "A"

# Statement

PSL Landscape Services, Inc.
P.O. Box 14949
Fort Pierce, FL 34979-4949

| Date |
|---|
| 2/28/2014 |

| To: |
|---|
| Ryan Johnson<br>Riznick Construction Corp<br>1270 SW 26th Avenue<br>Ft. Lauderdale, FL 33312 |

| Amount Due | Amount Enc. |
|---|---|
| $18,129.84 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/06/2013 | INV #10669.<br>— WATER TRUCK PER REQUEST BY RYAN JOHNSON TO WATER THE COLORADO AVENUE BUSINESS DISTRICT IMPROVEMENTS<br>—<br>— Irrigation, 4 @ $125.00 = 500.00 | 500.00 | 87,777.67 |
| 02/13/2013 | INV #10676.<br>— LOWER WATER SIGNS PER SUPER RYAN AT ROUNDABOUT. REMOVE PLANTS, REGRADE 2 ISLANDS DUE TO NEW DRAINS. INSTALL AND REPLANT, REMULCH AND CLEAN UP - COLORADO AVENUE DISTRICT IMPROVEMENTS<br>—<br>— Landscaping, 4 @ $45.00 = 180.00<br>— Landscaping, 16 @ $35.00 = 560.00<br>— Landscaping, 3.5 @ $65.00 = 227.50 | 967.50 | 88,745.17 |
| 02/25/2013 | PMT #3221 jc marshall. | -9,042.63 | 79,702.54 |
| 02/25/2013 | PMT #3219 jc groundworks. | -12,322.00 | 67,380.54 |
| 02/25/2013 | PMT #3222 jc treetown. | -424.00 | 66,956.54 |
| 02/25/2013 | PMT #3217 jc atlas peat. | -1,552.37 | 65,404.17 |
| 02/25/2013 | PMT #3218 jc melrose. | -4,212.31 | 61,191.86 |
| 02/25/2013 | PMT #3220 jc medallion. | -5,074.60 | 56,117.26 |
| 02/25/2013 | PMT #jamie underground. | -9,000.00 | 47,117.26 |
| 03/12/2013 | INV #10692.<br>— COLORADO AVENUE BUSINESS DISTRICT IMPROVEMENTS - 4 ISLANDS AROUND CIRCLE AT MLK; REMOVE PLANTS, CREATE SWALE, DIG OUT EXCESS FILL, REPLANT PLANTS AND IRRIGATION MATERIALS.<br>—<br>— Landscaping, 8 @ $65.00 = 520.00<br>— Landscaping, 8 @ $45.00 = 360.00<br>— Landscaping, 40 @ $32.00 = 1,280.00 | 2,160.00 | 49,277.26 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 18,129.84 | $18,129.84 |

Page 3
Exhibit "A"

# Statement

PSL Landscape Services, Inc.
P.O. Box 14949
Fort Pierce, FL 34979-4949

| Date |
|---|
| 2/28/2014 |

**To:**
Ryan Johnson
Riznick Construction Corp
1270 SW 26th Avenue
Ft. Lauderdale, FL 33312

| Amount Due | Amount Enc. |
|---|---|
| $18,129.84 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/12/2013 | INV #10693.<br>— COLORADO AVENUE BUSINESS DISTRICT IMPROVEMENTS - REMOVE PLANTS AND TREES FROM ISLAND LOWER GRADE 10" WHICH WAS LEFT HIGH BY SITE CONTRACTOR. REMOVE EXCESS SOIL, REPLANT, REINSTALL IRRIGATION AND MULCH ENTIRE ISLAND.<br><br>--- Landscaping, 8 @ $65.00 = 520.00<br>--- Landscaping, 8 @ $45.00 = 360.00<br>--- Landscaping, 40 @ $32.00 = 1,280.00 | 2,160.00 | 51,437.26 |
| 03/12/2013 | INV #10694.<br>— COLORADO AVENUE BUSINESS DISTRICT IMPROVEMENTS - BRING UP GRADE ALONG INSIDE OF CURBS FROM 3" TO 1" THROUGHOUT ALL THE ISLANDS ALONG COLORADO WITH WHEELBARROW AND HAND BUCKETS.<br><br>--- Landscaping, 4 @ $45.00 = 180.00<br>--- Landscaping, 4 @ $65.00 = 260.00<br>--- Landscaping, 18 @ $32.00 = 576.00<br>--- Landscaping, 6 @ $35.00 = 210.00 | 1,226.00 | 52,663.26 |
| 03/13/2013 | INV #10697.<br>--- COLORADO AVENUE BUSINESS DISTRICT IMPROVEMENTS - DAMAGE REPAIR TO IRRIGATION FROM VEHICLES RUNNING THRU LANDSCAPE CROSSING INTO ISLANDS: FIXED 3 SETS OF BROKEN PIPE, REPLACED 6 BROKEN HEADS WITH NOZZLES, RESET 20 IRRIGATION HEADS, READJUSTED NOZZLES, CLEAN OUT 2 ZONES IRRIGATION HEADS<br><br>--- Irrigation Repair $96.00<br>--- Irrigation Repair $54.00<br>--- Irrigation Repair $100.00<br>--- Irrigation Repair, 10 @ $35.00 = 350.00<br>--- Irrigation Repair, 4 @ $65.00 = 260.00 | 860.00 | 53,523.26 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 18,129.84 | $18,129.84 |

# Statement

PSL Landscape Services, Inc.
P.O. Box 14949
Fort Pierce, FL 34979-4949

| Date |
|---|
| 2/28/2014 |

**To:**
Ryan Johnson
Riznick Construction Corp
1270 SW 26th Avenue
Ft. Lauderdale, FL 33312

| Amount Due | Amount Enc. |
|---|---|
| $18,129.84 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/29/2013 | PMT #3249. | -20,000.00 | 33,523.26 |
| 06/12/2013 | PMT #3268 jc JWD. | -14,910.00 | 18,613.26 |
| 06/13/2013 | PMT #3269. | -483.42 | 18,129.84 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 18,129.84 | $18,129.84 |

Exhibit "A"